IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CRISTY A. JOHNSON                                                      PLAINTIFF

vs.                        Civil No. 6:17-cv-06127

NANCY BERRYHILL                                             DEFENDANT
Commissioner, Social Security Administration

## **JUDGMENT**

Comes now the Court on this the 20th day of February 2018, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that Defendant's Motion to Dismiss (ECF No. 9) is **GRANTED** and Plaintiff's Complaint be **DISMISSED**.

    **IT IS SO ORDERED.**

                                                       /s/ Barry A. Bryant
                                                       HON. BARRY A. BRYANT
                                                       U.S. MAGISTRATE JUDGE